IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE,
ANN TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence, and
MOUNTAIN STATES EMPLOYERS COUNCIL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2012.**

    Defendants' Motion for Protective Order [filed March 1, 2012; docket #40] is **denied without prejudice**. Although the proposed order is drafted and submitted in accordance with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), the Defendants have failed to attach a proposed written acknowledgment of the Protective Order for the Court's consideration.