IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE,
ANNE TAPP, and
MOUNTAIN STATES EMPLOYERS COUNCIL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2012**.

    For good cause shown, Defendants' Amended Motion for Protective Order [filed March 2, 2012; docket #43] is **granted**. The proposed Protective Order, as modified by terms agreed to in the parties' briefing, is accepted and filed contemporaneously with this minute order.