IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

      Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE,
ANN TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence, and
MOUNTAIN STATES EMPLOYERS COUNCIL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2012.**

      In the interest of justice, Plaintiff's Unopposed Motion to File Amended Complaint [filed June 1, 2012; docket #92] is **granted**. The Clerk of the Court is directed to file the Amended Complaint located at docket #92-1. Defendants shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).