IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE,
ANN TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence, and
MOUNTAIN STATES EMPLOYERS COUNCIL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2012.**

    Defendants' Unopposed Motion for Ten-Day Extension of Time to File Defendants' Motion for Summary Judgment [filed October 1, 2012; docket #103] is **granted**. For exceptional cause shown, the Scheduling Order shall be modified as follows:

Dispositive motions deadline:    October 29, 2012

The Court will grant no further extensions of this deadline absent a showing of exceptional cause. All other deadlines and conference dates shall remain the same.