IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE,
ANN TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence, and
MOUNTAIN STATES EMPLOYERS COUNCIL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2012.**

    Defendants' Amended Unopposed Motion to Substitute Exhibit [filed November 28, 2012; docket #112] is **granted in part and denied in part**. The Court grants Defendants' request to substitute the exhibit attached to the present motion with Exhibit HH of Defendants' motion for summary judgment. The Defendants shall file separately the substituted exhibit as "Amended Exhibit HH to Motion for Summary Judgment."

    However, because the current Exhibit HH contains attorney-client privileged information, the exhibit must be restricted rather than "stricken." The Court finds that the requirements of D.C. Colo. LCivR 7.2 have been met in this matter for Level 1 restriction of the document. Therefore, the Clerk of the Court is directed to maintain under Restriction Level 1 the document marked as Exhibit HH located at docket #108-35 until further order of the Court.

    In light of this order, Defendants' Motion to Substitute Exhibit [filed November 27, 2012; docket #111] is **denied as moot**.