IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE, and
ANN TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 7, 2013.**

Defendants' Motion for Leave to Conduct Preservation Deposition of Nancy Chavez-Porter [filed June 5, 2013; docket #149] is **granted** as follows:

1. Defendants may take a preservation deposition of Nancy Chavez-Porter before the deadline set by Judge Brimmer in his June 5, 2013 order, and the Plaintiff will cooperate in the scheduling of the deposition;

2. The deposition will last no longer than two hours in duration;

3. Defendants will provide to Plaintiff copies of travel documents demonstrating that Ms. Chavez-Porter will be in Peru during the time scheduled for trial AND a copy of the preservation deposition transcript; and

4. Defendants will produce Ms. Chavez-Porter as a witness at trial if circumstances change and she does not travel to Peru during the time scheduled for trial.

Also, in light of this order, the motion hearing currently scheduled for June 10, 2013 at 11:00 a.m. before this Court is **vacated**.