IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02536-PAB-MEH

ELAINE CALDERON,

    Plaintiff,

v.

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE and
ANNE TAPP, Executive Director, Safehouse Progressive Alliance for Nonviolence,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice [Docket No. 157] filed by the remaining parties in this matter, plaintiff Elaine Calderon and defendants Safehouse Progressive Alliance for Nonviolence and Anne Tapp. The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation for Dismissal for Dismissal With Prejudice, by itself, does not serve to dismiss this action. The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

    **ORDERED** that all claims by and between plaintiff and defendants are dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

    **ORDERED** that this case shall be closed in its entirety.

DATED July 15, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge